IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 67-UNA |
| | ) |
| KADARELL BARRETT | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 15, 2007 in the State and District of Delaware, KADARELL BARRETT defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Ruger .22 caliber revolver, after having been convicted on or about May 19, 2003 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of and for the County of New Castle in the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the



FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

following: Ruger .22 caliber revolver, and three rounds of amnunition.

A TRUE ~~BILL~~:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Martin C. Meltzer
Special Assistant United States Attorney

Dated: May 22, 2007