IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-067-SLR |
| KADARELL BARRETT, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 25th day of July, 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, August 1, 2007** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge